```
1   SCOTT J. SAGARIA (BAR # 217981)
    SCOTT M. JOHNSON (BAR # 287182)
2   SAGARIA LAW, P.C.
    2033 Gateway Place, Floor 5
3   San Jose, CA 95110
    408-279-2288 ph
4   408-279-2299 fax

5
    Attorney for Debtors
6

7

8                   UNITED STATES BANKRUPTCY COURT

9           EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10
    In Re:                              Case No.: 14-31993-E-13C
11                                      DC No.: SJS-002

12  DAVID BRADLEY ABBOTT and            Chapter 13
    ROWENA ABBOTT,
13
                Debtors.                ORDER CONFIRMING FIRST AMENDED
14                                      CHAPTER 13 PLAN

15
                                        Date:     April 28, 2015
16                                      Time:     3:00 p.m.
                                        Judge:    Hon. Judge Sargis
17                                      Crtrm:    33
                                        Dept.:    E
18                                      Location: 501 "I Street
                                                  Sacramento, California
19
```

## ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN

The First Amended Chapter 13 plan filed on March 11, 2015, of the above-named debtors has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtors' plan satisfies the requirements of 11 U.S.C. §1325.

Therefore, **IT IS ORDERED** that the First Amended Chapter 13 Plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtors' address;

RECEIVED
May 19, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005525706

2. The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtors; and

3. The debtor shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the debtors' attorney in the full amount of $4,000.00 are approved, $1,400.00 of which was paid prior to the filing of the petition. The balance of $2,600.00, provided that the attorney and debtors have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from the plan payments at the rate specified in the confirmed plan.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. §1323, the plan is amended as follows:

- Section 6. Additional Provisions shall be amended to read: "The Debtors have paid a total of $515.00 to the trustee through March 10, 2015. Commencing March 25, 2015 monthly plan payments shall be $240.00 for the remainder of the plan."

Approved by the Chapter 13 Trustee as to form.   *05-18-15*

Dated: May 21, 2015

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court